IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.S. *et al.*, | : | |
| *Plaintiffs* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COLONIAL SCHOOL DISTRICT, | : | No. 19-2741 |
| *Defendant* | : | |

**ORDER**

**AND NOW**, this 18th day of November, 2020, upon consideration of A.S.'s Motion for Judgment on the Administrative Record (Doc. No. 12), Colonial School District's Motion for Judgment on the Administrative Record (Doc. No. 14), the Court's prior order granting the unopposed Motion to Supplement the Administrative Record (Doc. No. 15), Colonial's Response in Opposition (Doc. No. 16), A.S.'s Response in Opposition (Doc. No. 17), and oral argument on the Cross-Motions for Judgment, it is **ORDERED** that the parties' Cross-Motions for Judgment (Doc. Nos. 12, 14) are **DENIED**. The Court **VACATES** and **REMANDS** the Decision and Order in ODR File No. 21435/18-19 to the Administrative Hearing Officer consistent with the accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1